IGNACIA S. MORENO
Assistant Attorney General

KEVIN W. McARDLE (D.C. Bar. No. 454569)
United States Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, NW, Third Floor
Washington, DC 20004
Tele: (202) 305-0219
Fax: (202) 305-0275
kevin.mcardle@usdoj.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| AUDUBON SOCIETY OF PORTLAND and WILLAMETTE RIVERKEEPER, | )<br>)<br>) No. 3:11-cv-00494-HU |
| Plaintiffs, | )<br>) |
| v. | ) **STIPULATION OF DISMISSAL**<br>) **WITH PREJUDICE** |
| NATIONAL MARINE FISHERIES SERVICE and UNITED STATES ARMY CORPS OF ENGINEERS, | )<br>)<br>) |
| Defendants, | ) |
| and | ) |
| PORT OF PORTLAND, | ) |
| Defendant-Intervenor | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear its own costs, expenses, and attorney fees.

- 1 -

- 2 -

| | |
|---|---|
| DATED:  November 16, 2011 | Respectfully submitted, |

   */s/ Daniel J. Rohlf*  
Daniel J. Rohlf  
Pacific Environmental Advocacy Center  
10015 SW Terwilliger Boulevard  
Portland, OR 97219  
(503) 768-6707  
Fax: 503 768-6671  
rohlf@lclark.edu  

Attorney for Plaintiff

IGNACIA S. MORENO  
Assistant Attorney General  

  */s/    Kevin W. McArdle*  
KEVIN W. McARDLE, Trial Attorney  
United States Department of Justice  
Environment & Natural Resources Division  
Wildlife & Marine Resources Section  
Benjamin Franklin Station, P.O. Box 7369  
Washington, D.C. 20044-7369  
(202) 305-0219  
Kevin.McArdle@usdoj.gov  

Attorneys for Defendants  

*/s/ Beverly C. Pearman*  
Beverly C. Pearman  
Stoel Rives LLP  
900 SW 5th Avenue  
Suite 2600  
Portland, OR 97204  
(503) 224-3380  
Fax: (503) 220-2480  
Email: bcpearman@stoel.com  

Attorneys for Defendant-Intervenor